IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEAN ARNOLD,<br><br>            Plaintiff,<br><br>vs.<br><br>MARSHALL ENGINES, INC., jointly and severally; and BLUEPRINT ENGINES, INC., jointly and severally;<br><br>            Defendants. | **4:20CV3082**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Bradley D. Holbrook, as counsel of record for Defendants, (Filing No. 13), is granted. Bradley D. Holbrook shall no longer receive electronic notice in this case.

Dated this 22nd day of September, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge